UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:                                          Case No.:  6:12-bk-12877-KSJ
                                                Chapter 7

OLGA P. BUSTAMANTE,

Debtor.
_____/

## MOTION FOR RELIEF FROM AUTOMATIC STAY

### *NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING*

*Pursuant to Local Rule 2002-4, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within twenty-one (21) days from the date this motion appears on the docket.  If there is an objection to this Motion for Relief from Automatic Stay, such objection must be filed with the Clerk of Court at the U.S. Bankruptcy Court for the Middle District of Florida, 135 W. Central Boulevard, Suite 950, Orlando, Florida 32801, as well as serve a copy on the Movant's Attorney, Nicolette A. Kramer, Esq., The Association Law Firm, PLLC, 135 W. Central Boulevard, Suite 1150, Orlando, Florida 32801.*

*If an objection is filed and served within the time permitted, and the objection alleges factual or legal issues so requiring a hearing, this Court will schedule, and notify you, of such hearing.  If an objection is not filed within the time permitted, this Court will construe your silence to mean that you do not oppose the granting of relief from automatic stay, and will proceed to consider this Motion for Relief from Automatic Stay without further notice or hearing, and this Court may grant relief as requested.*

COMES   NOW,   Creditor,   WHISPER   LAKES   MASTER   COMMUNITY

ASSOCIATION, INC. (the "Association"), by and through its undersigned attorney, moves this

Court pursuant to 11 U.S.C., Section 362(b)(22), for relief from the automatic stay, and in

support thereof alleges as follows:

1.      On September 21, 2012, Debtor, OLGA P. BUSTAMANTE (the "Debtor"), filed

a Voluntary Petition for Relief under 11 U.S.C., Chapter 7.

2.      The real property that is the subject of this Motion for Relief from Automatic Stay

(the "Motion") is located at 2109 Whitewood Court, Orlando, Florida 32837, with legal

description:

> Lot 19, WHISPER LAKES UNIT 4, according to the Plat thereof, as recorded in
> Plat Book 16, Page(s) 22 of the Public Records of Orange County, Florida.

3.      On May 6, 2011, a Notice and Claim of Lien was recorded in Orange County, Florida for delinquent assessments pursuant to the Master Declaration of Covenants, Conditions and Restrictions for Whisper Lakes Planned Unit Development, Orange County, Florida ("Declaration").  A copy of the Notice and Claim of Lien is attached hereto as "Exhibit A."

4.      On or about August 1, 2011, Creditor Association filed a Complaint in the Circuit Court of Orange County, Florida under Case Number 2011-CA-009495-O, seeking (1) Foreclosure Action and (2) Money Damages (the "Lien Foreclosure").

5.      On or about October 9, 2012, Creditor Association received the Notice of Chapter 7 Bankruptcy Case.

6.      Creditor Association seeks relief from the automatic stay so that it may realize on its lien by pursuing its lien foreclosure action, as well as hold the Debtors personally liable for all post petition obligations.

7.      Pursuant to § 523(a)(16), a debtor shall not receive a discharge from homeowners association fees and assessments which come due and payable following the petition date so long as the debtor or trustee "has a legal, equitable or possessory ownership interest" in the Property.

8.      As of the date of this Motion, the Debtor remains the record owner of the Property; therefore, any fees and assessments arising since the date of the Debtor's petition remains her personal obligation and is not dischargeable. A copy of the most recent account ledger is attached hereto as "Exhibit B."

9.      "A creditors lien stays with the real property until the foreclosure."  Dewsnup v Timm, 502 U.S. 410, 417 (1992).

10.     Creditor Association is not adequately protected because of the history of missed payments, accrual of interest and/or late fees, and lack of showing that the Debtor would resume making payments. An Affidavit in Support of this Motion for Relief from Stay is attached hereto as Exhibit "C."

11.     Creditor Association is prejudiced because its opportunity to recover damages through Final Judgment was thwarted by the Debtor's filing for bankruptcy before Creditor Association could achieve Final Judgment.

WHEREFORE, Creditor, WHISPER LAKES MASTER COMMUNITY ASSOCIATION, INC., respectfully requests this Honorable Court enter an Order:

A.     Granting Relief from Stay;

B.     Awarding reasonable attorneys' fees and costs; and

C.     Granting such other relief that this Court deems just and proper.


DATED this 16th day of October, 2012.

**THE ASSOCIATION LAW FIRM, PLLC**
135 W. Central Blvd., Suite 1150
Orlando, Florida 32801
Telephone:  (407) 992-8812
Facsimile:  (407) 903-1470
Counsel for Creditor Association

By: /s/ Nicolette A. Kramer
        Nicolette A. Kramer, Esq.
        Florida Bar No.: 0087943
        nak@associationfirm.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing with attachments has been served either by electronic or standard first class mail this 16th day of October, 2012 on:

Olga P. Bustamante
2109 Whitewood Court
Orlando, Florida 32837
*Debtor*

Flavio E. Alvarez, Esq.
911 N. Main Street, Suite 8
Kissimmee, Florida 34744
*Counsel for Debtor*

Marie E. Henkel
3560 S. Magnolia Avenue
Orlando, Florida 32806
*Trustee*

United States Trustee – ORL7/13
135 W. Central Blvd., Ste. 620
Orlando, FL 32801
*U.S. Trustee*

/s/ Nicolette A. Kramer
Nicolette A. Kramer, Esq.

4

DOC# 20110249359 B: 10210 P: 5540
05/06/2011 11:20:43 AM  Page 1 of 1
Rec Fee: $10.00
Martha O. Haynie, Comptroller
Orange County, FL
SA - Ret To: THE ASSOCIATION LAW FIRM



This instrument was prepared by and return to:
Shawn M. Berry
The Association Law Firm, PLLC
417 E. Jackson Street
Orlando, Florida 32801
407-992-8812

### NOTICE AND CLAIM OF LIEN

STATE OF FLORIDA
COUNTY OF ORANGE

BEFORE ME, the undersigned authority, personally appeared Shawn M. Berry, who, being duly sworn says:

1. That he is the authorized representative of Whisper Lakes Master Community Association, Inc., a corporation not-for-profit, the Lienor herein, hereinafter "Association," whose address is c/o The Association Law Firm, PLLC, 417 E. Jackson Street, Orlando, FL 32801.

2. That Olga P. Bustamante, hereinafter the "Owner(s)," is the record owner of the following described real property in Orange County, Florida:

   Lot 19, Whisper Lakes Unit 4, according to the Map or Plat thereof, as recorded in Plat Book 16, Page 22, of the Public Records of Orange County, Florida.

3. That the Owner is delinquent in the payment of the Association assessments as of the date hereof.

4. That notification of said delinquency has been given, but the same remains unpaid as of the date hereof.

5. That the Declaration provides that a lien for unpaid assessments may be placed upon residences in the Association.

6. That the due dates are as follows, plus other past deficiencies and amounts due and owing:

**Amount Due**                                              **Date When Due**
Balance of Regular Assessment: **$285.00**                  **May 2, 2011**

WHEREFORE, notice is hereby given that the Association claims a lien in the amount of $285.00 in addition to all late charges, interest, costs of collection, including reasonable attorneys' fees, and all future assessments on the real property described in paragraph 2 above, which lien shall also secure payment as stated to become due and payable henceforth until payment in full of same.

Whisper Lakes Master Community Association, Inc.

By: _____
    Shawn M. Berry, authorized agent

The foregoing instrument was acknowledged before me on May 2, 2011 by Shawn M. Berry, who is personally known to me.

By: _____
    Notary Public [signature]
    _____
    [Name of Notary Public Printed]

K. DEHART
MY COMMISSION # EE048880
EXPIRES December 14, 2014
(407) 398-0153   FloridaNotaryService.com

Exhibit "A"

```
                    Whisper Lakes Master Community Association, Inc.
                          FINANCIAL TRANSACTIONS - 10/16/12

2109 Whitewood Court                          Unit ID: 2109WC
Olga P. Bustamante-A                          STATUS: 50 - Attorney Action
                                              PREPAID BAL:    0.00
 TXN    -----PAYMENTS/TRXN DESCR----- --------CHARGES/PAYMENT DISTR--------- BALANCE
 DATE   PAYMT AMT CHECK #    DEP DT CODE  N/A  DESCRIPTION      AMOUNT          DUE
------ ---------- ---------- ------ ----- ---- --------------- ---------- ------------
070110            APPLY CHARGES    A1   2    Assessment       147.43      147.43
072010            APPLY LATE FEE   01        Late Fees         10.00      157.43
------
081210  157.43 1535    081210 01        Late Fees           (10.00)       0.00
081210                          A1        Assessment         (147.43)
------
010111            APPLY CHARGES    A1        Assessment       155.00      155.00
012611            APPLY LATE FEE   01        Late Fees         10.00      165.00
------
021511            APPLY LATE FEE   01        Late Fees         10.00      175.00
021811 Action taken: 20 - Intent to Lien
021811            APPLY ADMIN FEE  03        Demand Ltr Fee    50.00      225.00
------
031611            APPLY LATE FEE   01        Late Fees         10.00      235.00
------
041511            APPLY LATE FEE   01        Late Fees         10.00      245.00
042911            EXPENSE ADJ      17        Bank Stop Pmt     40.00      285.00
------
051711            APPLY LATE FEE   01        Late Fees         10.00      295.00
------
061511            APPLY LATE FEE   01        Late Fees         10.00      305.00
------
070111            APPLY CHARGES    A1        Assessment       155.00      460.00
072111            APPLY LATE FEE   01        Late Fees         10.00      470.00
------
081511            APPLY LATE FEE   01        Late Fees         10.00      480.00
------
090811  175.00 1590    090811 17        Bank Stop Pmt       (40.00)      305.00
090811                          03        Demand Ltr Fee     (50.00)
090811                          01        Late Fees          (80.00)
090811                          A1        Assessment          (5.00)
091611            APPLY LATE FEE   01        Late Fees         10.00      315.00
------
101811            APPLY LATE FEE   01        Late Fees         10.00      325.00
------
111811            APPLY LATE FEE   01        Late Fees         10.00      335.00
------
121911            APPLY LATE FEE   01        Late Fees         10.00      345.00
------
010112            APPLY CHARGES    A1        Assessment       162.50      507.50
011112  162.50 1601    011112 01        Late Fees          (40.00)      345.00
011112                          A1        Assessment        (122.50)
012312            APPLY LATE FEE   01        Late Fees         10.00      355.00
```

Exhibit "B"

```
------
021512          APPLY LATE FEE      01        Late Fees        10.00       365.00
------
031512          APPLY LATE FEE      01        Late Fees        10.00       375.00
------
043012          APPLY LATE FEE      01        Late Fees        10.00       385.00
------
053112          APPLY LATE FEE      01        Late Fees        10.00       395.00
------
063012          APPLY LATE FEE      01        Late Fees        10.00       405.00
------
070112          APPLY CHARGES       A1        Assessment      162.50       567.50
------
083112          APPLY LATE FEE      01        Late Fees        10.00       577.50
------
093012          APPLY LATE FEE      01        Late Fees        10.00       587.50
```

B A L A N C E    S U M M A R Y
------------------------------

| CHARGE CODE | DESCRIPTION | AMOUNT |
| --- | --- | --- |
| A1 | Assessment | 507.50 |
| 01 | Late Fees | 80.00 |
| | | ------------ |
| | TOTAL: | 587.50 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:                                             Case No.:  6:12-bk-12877-KSJ
                                                   Chapter 7

OLGA P. BUSTAMANTE,

Debtor.

### AFFIDAVIT IN SUPPORT OF MOTION FOR RELIEF FROM STAY

STATE OF FLORIDA       }
COUNTY OF ORANGE       }

BEFORE ME, the undersigned authority, personally appeared NICOLETTE A. KRAMER (the "Affiant"), who, being by me duly sworn, says:

1.     That Affiant has personal knowledge of the subject matter of this litigation, and is competent to testify as to the matters set forth herein.

2.     That Affiant is the attorney for the Creditor WHISPER LAKES MASTER COMMUNITY ASSOCIATION, INC.  (the "Association"), in the above-entitled action.

3.     That Affiant is familiar with the books and records relating to the certain real property located at 2109 Whitewood Court, Orlando, Florida 32837 with legal description: Lot 19, WHISPER LAKES UNIT 4, according to the Plat thereof, as recorded in Plat Book 16, Page(s) 22 of the Public Records of Orange County, Florida. Debtor, OLGA P. BUSTAMANTE (the "Debtor") continue to incur assessments and collection costs since the filing of her Voluntary Petition for Bankruptcy on September 21, 2012.

4.     Debtor is in default of her obligation to the Association, under the Master Declaration of Covenants, Conditions and Restrictions for Whisper Lakes Planned Unit Development, Orange County, Florida (the "Declaration"), in that Debtor has failed to make her payments when due and owing to the Association.

Exhibit "C"

5.     By failing to make the regular monthly payments due, Debtor has not provided adequate protection to the Association.

6.     The Association has had to retain counsel to represent it before this Court and is incurring legal expenses and attorneys' fees for which it is entitled to reimbursement, pursuant to the Declaration.

FURTHER AFFIANT SAITH NAUGHT.

AFFIANT

_____
NICOLETTE A. KRAMER
Attorney for WHISPER LAKES MASTER
COMMUNITY ASSOCIATION, INC.

SWORN TO AND SUBSCRIBED before me this 16th day of October , 2012, by NICOLETTE A. KRAMER, who is personally known to me, and who did take an oath.

By:   _____
Notary Public [signature]

Tiffany L Laffin
[Name of Notary Public Printed]
My commission expires: _____

TIFFANY L. LAFFIN
Comm# DD0834195
Expires 10/27/2012
Florida Notary Assn., Inc

2