UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:

OLGA P. BUSTAMANTE

Case No.: 6: 12-bk-12877-KSJ
Chapter 7

Debtor.

_____/

**RESPONSE TO MOTION FOR RELIEF FROM AUTOMATIC STAY**

COMES NOW, Debtor, Olga P. Bustamante, by and through the undersigned counsel and in support of this Response to Motion for Relief from Automatic Stay alleges as follows:

1. The Debtor accepts allegations number 1, 2, 3, 4, and 5.

2. That the lien on the property is for a pre-petition debt which is not exempted from dischargeable under 11 U.S.C. Section 523(a)(16). As the Creditor states in their Motion 11 U.S.C. Section 523 (a)(16) bars discharge for assessments that come due and payable following the Petition date.

3. That the Debtor is current on all home owner association assessments incurred after the Petition for Relief was filed on September 21, 2012.

4. That the Notice and Claim of Lien recorded May 6, 2011 is clearly before the filing of the current bankruptcy Petition, and all assessments covered by that lien are dischargeable.

WHEREFORE, the Debtor respectfully requests that the Motion for Relief from Automatic Stay be denied.

Respectfully submitted this 5th day of November, 2012.

/s/ Flavio E. Alvarez, Esq.
Flavio E. Alvarez, Esq.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via U.S. Mail or Electronic Transmission on the following: The Association Law Firm, PLLC., c/o Nicolette A. Kramer, Esq., 135 W. Central Blvd., Ste. 1150, Orlando, FL 32801; Marie E. Henkel, Chapter 7 Trustee, 3560 S. Magnolia Avenue, Orlando, FL 32806; United States Trustee, 135 W. Central Blvd. Ste. 620, Orlando, FL 32801.

Dated: November 5, 2012.

/s/ Flavio E. Alvarez, Esq.
Flavio E. Alvarez, Esq.
FL Bar No. 0039160
911 N. Main Street, Ste. 8
Kissimmee, FL 34744
Tel. No. (407) 870-0015
Fax No. (407) 931-0461
Email: falvarez8@cfl.rr.com